UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE LOPEZ, individually and on behalf of all others similarly situated, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:09-CV-0553-G |
| GENTER'S DETAILING INC. d/b/a GENTER'S AUTO DETAILING INC, ET AL., | ) ) ) ) | |
| Defendants. | ) | |
| JAVIER ANTONIO CHIRINO MORENO, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | CONSOLIDATED WITH |
| VS. | ) ) | 3:10-CV-0434-G |
| GENTER'S DETAILING INC. d/b/a GENTER'S AUTO DETAILING INC., ET AL., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the court are the defendants' motion for partial summary judgment and the plaintiffs' amended motion for partial summary judgment. The motions are **DENIED**.

**SO ORDERED**.

March 14, 2011.

_____
A. JOE FISH
**Senior United States District Judge**