UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE LOPEZ, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-0553-G (BF) |
| GENTER'S DETAILING, INC., d/b/a | ) | |
| GENTER'S AUTO DETAILING INC., | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney.  The district court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiffs' application for award of attorney's fees and reimbursement of costs and brief in support (docket entry 131) is **GRANTED**, in part, and **DENIED**, in part.

**SO ORDERED**.

April 13, 2012.

_A. Joe Fish_

**A. JOE FISH**
**Senior United States District Judge**